UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                  :

MALIBU MEDIA, LLC,                                 :

                                                                  :      Case No. 1:16-cv-00380-FJS-DEP

                                      Plaintiff,                :

                                                                    :

                                  vs.                             :

                                                                    :

JOHN DOE subscriber assigned IP address       :
68.236.156.144,                                              :

                                                                  :

                                  Defendant.             :
-----------------------------------------------------------------X

## **STATUS REPORT**

      This case was filed against a John Doe against the internet subscriber assigned the referenced IP address 68.236.156.144. On May 2, 2016, this Honorable Court granted Plaintiff leave to Serve a Third Party Subpoena on the Defendant's Internet Service Provider, Verizon Internet Services [CM/ECF 6]. Plaintiff served the subpoena on the ISP on or about May 10, 2016, and received the ISP's response on July 18, 2016. After Plaintiff's initial investigation of the information provided by the ISP, Plaintiff had reason to believe that the infringer might not the subscriber of the internet service, but another individual residing at the subscriber's home. On August 25, 2016, Plaintiff sent a letter to the subscriber providing them the opportunity to identify the actual infringer. To date, Defendant has not replied to the letter and has made no attempt to contact Plaintiff. Plaintiff requests an additional thirty (30) days, up to and including October 16, 2016, to amend its Complaint and serve the Defendant.

Respectfully submitted,

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)